# United States Court of Appeals
## For the First Circuit

Nos.   13-8043
       13-8044
       13-8046

IN RE: NEXIUM ANTITRUST LITIGATION

ALLIED SERVICES DIVISION WELFARE FUND, ET AL.,

Plaintiffs, Respondents,

v.

AMERICAN SALES COMPANY, LLC, on behalf of itself and all others
similarly situated, ET AL.,

Plaintiffs,

ASTRAZENECA PHARMACEUTICALS LP, ET AL.,

Defendants, Petitioners.

**ORDER OF COURT**
**Entered:  April 23, 2014**

On or before May 7, 2014, the parties shall file memos of no more than fifteen pages per side clarifying the effect of the district court's summary judgment-related rulings from Dkt. 857 forward upon the plaintiffs' claims and the certified classes.   The memos may also discuss the effect of the rulings upon the pending Fed. R. Civ. P. § 23(f) petitions.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Counsel of Record